UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-130(01) RM |
| | ) | |
| CHARLES R. REID | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 21, 2010. Accordingly, the court ADOPTS those findings and recommendations [docket # 25], ACCEPTS defendant Charles Reid's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2252(a)(2).

SO ORDERED.

ENTERED:   February 11, 2010

　　　　　　　　　　　　　　　　　  /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　United States District Court